IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIFFANY PUGH**                                                                                            **PLAINTIFF**

**v.**                              **Case No. 4:19-cv-00342-LPR**

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY**                         **DEFENDANT**

## **JUDGMENT**

COMES NOW, before the Court, the cause of Tiffany Pugh v. State Farm Mutual Automobile Insurance Company. Pursuant to Rule 68, judgment is hereby entered in this matter for the Plaintiff in the amount of $13,594.17, in full and complete satisfaction of all claims, compensatory damages, statutory damages, attorney's fees, expenses, and costs of suit.

It is considered, ordered, and adjudged that Judgment be entered for the Plaintiff in the amount of $13,594.17.

IT IS SO ADJUDGED this 4th day of February 2020.

                                                                                  Lee P. Rudofsky
                                                                                  UNITED STATES DISTRICT JUDGE